**UNITED STATES of America,**
**Appellee,**

v.

**Raul Castaneda GUTIERREZ,**
**Appellant.**

**No. 04–1880.**

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 22, 2005.

Decided: Jan. 4, 2006.

Elizabeth C.L. Peterson, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Raul Castaneda Gutierrez, Elk River, MN, pro se.

Before WOLLMAN, MCMILLIAN, and MURPHY, Circuit Judges.

**PER CURIAM.**

Raul Castaneda Gutierrez appeals the district court's[1] denial of his motion for return of property. We find that Castaneda has abandoned the only issue in this appeal by failing to raise it in his appellate brief. *See* Fed. R.App. P. 28(a) (requirements of appellate brief); *United States v. Joiner,* 418 F.3d 863, 869 (8th Cir.2005) (party's failure to raise or argue issue in brief is deemed abandonment of issue).

Accordingly, we affirm, and we deny the motions for appellate counsel, and for discovery and expert investigators.

1. The Honorable Susan Richard Nelson, United States Magistrate Judge for the District of Minnesota.